## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :  No. 875 MAL 2014
                                          :

              Respondent       :

                                          : Petition for Allowance of Appeal from the
                                          : Order of the Superior Court

              v.                  :
                                          :
                                        :

DARAK WILLIAMS,                 :
                                        :

              Petitioner        :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 2nd day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.